# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

August 26, 2010

Lyle W. Cayce
Clerk

No. 10-30011
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

DARRELL WEST,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 5:03-CR-50094-1

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

Darrell West, federal prisoner # 11914-035, appeals the district court's denial of his 18 U.S.C. § 3582(c)(2) motion to reduce his sentence based on the amendments to the crack cocaine Guideline. West argues that, in light of *United States v. Booker*, 543 U.S. 220 (2005), the district court was authorized to reduce his sentence based on the new advisory guidelines range and consideration of the 18 U.S.C. § 3553(a) factors. He also contends that his career offender status did not preclude the court from reducing his sentence. These issues are foreclosed.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*See Dillon v. United States*, 130 S. Ct. 2683, 2692 (2010); *United States v. Anderson*, 591 F.3d 789, 790-91 (5th Cir. 2009), and *United States v. Doublin*, 572 F.3d 235, 236-39 (5th Cir.), *cert. denied*, 130 S. Ct. 517 (2009).

The judgment of the district court is AFFIRMED.